■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HARRIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered June 29, 1983, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have considered such claims of defendant as have been

preserved for our review and find them to be lacking in merit. Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.